# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDULAZIZ YOKUBOV,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br><br>　　　　　Respondents. | Case No. 1:25-cv-01068-EPG-HC<br><br>ORDER DIRECTING CLERK OF COURT TO UPDATE PETITIONER'S ADDRESS<br><br>ORDER DIRECTING RESPONDENT TO RE-SERVE MOTION TO DISMISS ON PETITIONER AT CURRENT ADDRESS AND FILE CERTIFICATE OF SERVICE |

Petitioner is an immigration proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The parties have consented to the jurisdiction of a United States magistrate judge. (ECF Nos. 11, 12, 14.)

When Petitioner filed his petition for writ of habeas corpus, he was detained at the Golden State Annex in McFarland, California. (ECF No. 1 at 1.[1]) On September 18, 2025, the Court received Petitioner's notice of change of address to the California City Correctional Facility in California City, California. (ECF No. 13.)

On October 24, 2025, Respondents filed a motion to dismiss and response. (ECF No. 15.) The certificate of service states that the motion to dismiss and response was served on Petitioner "by placing said copy in a postpaid envelope addressed to" Petitioner at the Golden State Annex

---

[1] Page numbers refer to the ECF page numbers stamped at the top of the page.

address. (ECF No. 15 at 13.) However, at that time Petitioner was detained at the California City Correctional Facility, according to the record before this Court.

On October 30, 2025, the consent minute order mailed to Petitioner at the California City Correctional Facility address provided in Petitioner's notice was returned as undeliverable, unclaimed, and unable to forward. A search of Immigration and Customs Enforcement's Online Detainee Locator System using Petitioner's A-number shows that Petitioner's current detention facility is the California City Corrections Center at the same address listed in Petitioner's notice of change of address. See U.S. Immigrations and Custom Enforcement, Online Detainee Locator System, https://locator.ice.gov/odls/#/search (last visited Dec. 5, 2025). However, it appears that mail should be addressed to a P.O. Box rather than the facility address. See U.S. Immigrations and Custom Enforcement, California City Detention Facility, https://www.ice.gov/detain/detention-facilities/california-city-detention-facility (last visited Dec. 5, 2025).

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is DIRECTED to update Petitioner's address to:

   > P.O. Box 2513
   > California City, CA 93505

2. Within five (5) days of the date of service this order, Respondent SHALL re-serve the motion to dismiss and response (ECF No. 15) on Petitioner at his current address and file a certificate of service with the Court.

IT IS SO ORDERED.

Dated:   **December 5, 2025**              /s/ Erica P. Grosjean
                                           UNITED STATES MAGISTRATE JUDGE

2